UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Edson Toro
Petitioner
vs. CA08-118S
Ashbel T. Wall, et al

Respondent

TRANSFER ORDER

This Court's records show that the Petitioner has brought a previous application for relief under 28 U.S.C. § 2254. See *(Edson Toro v. Ashbel T. Wall, CA00-561ML; Edson Toro v. Ashbel T. Wall, CA05-431ML, and Edson Toro v. Ashbel T. Wall, CA03-170S)* 28 U.S.C. § 2244(b)(3)(A) states:

"Before a second or successive application permitted by this section is filed in the District Court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."

Since it appears that the Petitioner filed the instant application in this Court, unaware that the statute requires that permission, first, be obtained from the Court of Appeals, this matter is hereby transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. § 1631.

By Order,

Karen Baldwin (signature)

Deputy Clerk

ENTER:

WEsmith (signature)

U.S. District Judge
William E. Smith

Dated: 4/1/08