UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 3, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Edson Toro v. Asbel T. Wall
CA08-118S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Doreen L. Baldinelli*
DEPUTY CLERK

ENC: Certified Docket, Petitioner's Petition