# United States Court of Appeals
## For the First Circuit

No. 08-1447

EDSON TORO,

Petitioner,

v.

ASHBEL T. WALL, DIRECTOR, DEPARTMENT OF CORRECTIONS,

Respondent.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: May 6, 2008

Citing to district court cases 00-561, 03-170, and 05-431, the district court concluded that the § 2254 petition filed on March 31, 2008 (08-118) was a second or successive § 2254 petition and transferred it to this court so that we might decide whether to grant petitioner leave to file a second or successive petition. We conclude that 08-118 is not a second or successive § 2254 petition within the meaning of 28 U.S.C. § 2244(b)(3)(A).

"[A] numerically second petition is not 'second or successive' if it attacks a different criminal judgment or if the earlier petition terminated without a judgment on the merits." United States v. Barrett, 178 F.3d 34, 43 (1st Cir. 1999). Petition 08-118 referenced a November 7, 2005 conviction for second degree murder and contended that petitioner had been granted parole on July 11, 2007, that this grant had entitled him to immediate release, but that petitioner had not yet been released. It does not appear that any of the three filings referenced by the district court concerned these matters, and 05-431 was a dismissal without prejudice for failure to exhaust state remedies. Consequently, we transfer this case back to the district court for further

proceedings.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Patrick Lynch
Edson Toro