ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAROLE INMATE VIEW

*** INMATE ***

INC. #: 24062

LAST NAME: TORO FIRST: EDSON MINIT: L

ID: 090662 D.O.B: RACE: HISPANIC

PAROLE DATE: 10/01/2006 *** LIST PAROLE ***

| ACTION DATE | ACTION | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 11/05/2004 | MISC | 01/01/2005 | RECONSIDERATION |
| 01/13/2005 | DENIED | | 1/06 RECONSIDERATION |
| 11/07/2005 | INIT DATE | 10/01/2006 | NEW PAROLE ELIGIBILITY DATE |
| 10/11/2006 | DENIED | | 10/08 RECONSIDERATION |
| 05/17/2007 | MISC | 07/01/2007 | RECONSIDERATION |
| 07/11/2007 | PAROLED | | 08/2010 PAROLE FLORIDA PLAN |

Choose by cursor position LIST

Enter) Display Parole 16) Return

^16) Main Menu

4) Prev / First

5) Next / Last

Parole History

Ready

Start Inbox - Microsoft O... MENURUN ITENEMY2 ITENEMY2

Exhibit 1