**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO MOTION FOR INJUNCTION**

Now comes the State of Rhode Island, by and through its attorneys, in the above-captioned matter, and objects to the Petitioner's *Motion for Injunction.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on June 6, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date: Edson Toro, Pro Se, Post Office Box 8274 Cranston, R.I. 02920.

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO MOTION FOR INJUNCTION**

The above-captioned action is a 28 U.S.C. § 2254 application for a writ of habeas corpus. On June 4, 2008, the State of Rhode Island moved to dismiss such action on grounds of time-bar, exhaustion, and merits. Because, for the reasons expressed in the State of Rhode Island's June 4, 2008 motion to dismiss Mr. Toro's petition for writ of habeas corpus, the State asserts that the 28 U.S.C. § 2254 petition ought to be dismissed, the State would most respectfully ask that Petitioner's *Motion for Injunction* filed in connection with Petitioner's habeas petition ought to be dismissed as well.

Wherefore, the State respectfully objects to Petitioner's *Motion for Injunction.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on June 6, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.



PDF created with pdfFactory trial version www.pdffactory.com