**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on June 30, 2008, I filed State Of Rhode Island's Reply Memorandum In Response To Petitioner's Objection To Motion To Dismiss electronically and that it is available for viewing and downloading from the ECF system. The State inadvertently omitted the signature line from the certificate of service attached to the Memorandum. I hereby certify that I also sent a copy of the said document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on June 30, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

**/s/ Aaron L. Weisman**



PDF created with pdfFactory trial version www.pdffactory.com