**RI PAROLE BOARD**
**40 HOWARD AVENUE**
**CRANSTON, RHODE ISLAND 02920**

**DATE: March 20, 2008**

**INMATE: Edson Toro** **ID#: 090662**
**SECURITY: HIGH SECURITY**
**AREA: B MOD**
**CELL: B18B**

**Dear Mr. Toro:**

**In response to your recent correspondence the Parole Board will take no action to reconsider its earlier decision. You will be released in August 2010 as scheduled. Your legal arguments are not compelling.**

**Sincerely,**

Lisa S. Holley

**Lisa S. Holley**
**Chairperson**
**RI Parole Board**

**LSH:al**

petitioners exhibit