February 28, 2008

Edson Toro
#90662
High Security
B – 18B

Dear Mr. Toro:

I am in receipt of your letter dated February 20, 2008.

You have been granted parole to the State of Florida in August 2010. Your interstate application will be prepared and submitted in May of 2010. Once Florida investigates your plan and they agree to accept you on parole, they will at that time send their conditions for your parole.

Sincerely,

Kim Avedisian

Kim Avedisian
Parole Coordinator

cc: Tony Amaral
Adult Counselor

Petitioners exhibit