UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, petitioner
VS
CANO 08-118S
Ashbel T. Wall, respondent
Director of Dept of Corrections

MOTION FOR AN EVIDENTIARY HEARING

Now comes the petitioner Edson Toro pro-se and Respectfully requests an Evidentiary Hearing be set forth pursuant to Rule 8(b) of § 2254.

DATED 8-13-2008

Respectfully submitted,
Edson Toro

Certification

I Edson Toro the undersighned do hereby certify that I mailed a true copy of Motion for an Evidentiary Hearing to Aaron L. Weisman AAG to the office of Attorney General at 150 South Main St Prov, RI 02903 on 8-13-2008 by U.S. mail 1st class postage prepaid.

Edson Toro