UNITED STATE DISTRICT COURT
FOR THE DISTRICT of RHODE ISLAND

Edson Toro, petitioner
V. CAN 08-118S
Ashbel T. Wall,
Director of the
Department of corrections
Respondent

" MOTION FOR BAIL / RECOGNIZANCE

Now comes the petitioner Edson Toro pro-se And Requests this Honorable Court pursuant to Rule 2845c(a)(1) of the Federal Rules of civil procedure to grant the petitioner Edson Toro bail in the form of Personal Reconicance, pending the outcome of the proceedings before this Court.

The petitioner States in support of his motion. That the Law as written Requires him to be at Liberty and he has a very good likelyhood pursuant to the U.S. Supreme Courts decision in Greenholtz 99 S.Ct 2d 2106, and Petrarca V. State of Rhode Island (D. RI 1984) 583 F. Supp 297. That he should be at Liberty.

Wherefore the petitioner prays that this Honorable COURT grant his motion for Bail.

Dated 7-31-2008

Respectfully submitted,
Edson Toro pro-se
P.O. Box 8200
Cranston, RI 02920

Certification

I, Edson Toro the undersigned do solemnly swear that I mailed a true copy of this motion for Request of bail to Aaron L. Weisman at the office of Attorney General 150 South main st Prov. R.I. 02903 on 7-31-2008 by U.S mail First Class postage

Edson Toro