UNITED STATES DISTRICT COURT
FOR THE DISTRICT of RHODE ISLAND

Edson Toro, Petitioner
vs. CA NO 08-118S
Ashbel T. Wall, Director
of R.I. Dept of Correction
Respondent

Petitioners Request for Summary Judgment

Now comes the petitioner Edson Toro pro-se and Respectfully moves for Summary Judgment pursuant to Rule 56 of Federal Rules of civil procedure and hereby INVOKES 42 U.S.C § 1983

The petitioner states that in support of his Request pursuant to 42 U.S.C § 1983. That if he in his lack of Knowledge in the Law in not being a lawyer hasn't properly filed the instant matter under the proper Avenue, for instance 28 USC § 2254, 2241 that this Honorable Court construe his petition as a 42 § 1983 complaint. However if the petitioner is in the proper avenue notwithstanding, he submits that he has a cognizable claim of being unlawfully incarcerated in violation of the Constitution of the United States of America 14th Amendment due process, fundamental fairness, Liberty Interest

And the 8th Amendment prohibition of cruel and unusual punishment.

The petitioner avers to his previous arguments made in prior Legal memorandum and briefings to this Court. That is established by The United States Supreme Court in Greenholtz decision at 11-12, 99 SCt 2d 2106 "that the structure of the provision together with the use of the word 'shall' binds the board of parole to release an inmate". That this Honorable District Court has made a previous determination concerning the Liberty Interest which is Recognized in the Rhode Island parole scheme in Petrarca v. State of Rhode Island (D. R.I 1984) 583 F.Supp 297.

The petitioner states the following;

There are no facts in dispute in the captioned matter 08-118S. The petitioner has already been granted parole by a majority vote of the board of parole in Rhode Island. That as a matter of law he is entitled to said Relief.

Wherefore the petitioner prays that this Honorable Court grant his motion/Request for Summary Judgment under the applicable Statute.

Dated 7-31-2008

Respectfully submitted
Edson Lozo

DATED 7-31-2008

Certification

I Edson Toro the undersighned do hereby certify that I mailed a true copy of this motion for summary Judgment to Aaron L. Weisman at the office of Attorney General 150 South main st Prov, RI 02903 on 7-31-2008 by U.S. Mail First class postage.

Edson Toro