UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, Petitioner
VS CA NO 08-118S
Ashbel T. Wall, Respondent
Director of Dept of corrections

MOTION TO APPOINT COUNSEL

NOW comes the petitioner Edson Toro prose and Respectfully Requests pursuant to Rule 8 (C) Habeas corpus and under § 3006A to appoint counsel in this matter.

1) The petitioner states that he is without the necessary funds to obtain counsel.
2) That the complexity of the legal issues involved are beyond his expertise

Wherefore the best interest of justice would be served by an appointment of counsel.

Dated 8-11-2008

Respectfully Submitted,
Edson Toro

Certification

I Edson Toro the undersighned do hereby certify that I mailed a true copy of Motion to Appoint counsel to Aaron L. Weisman at the office of Attorney General 150 South Main St Prov, RI 02903 by U.S. mail prepaid 1st class on 8-11-2008