**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S OBJECTION TO**
***PETITIONER'S REQUEST FOR SUMMARY JUDGMENT***

Now comes the Respondent/State of Rhode Island in the above-captioned matter and, for the reasons expressed in the accompanying memorandum, objects to *Petitioner's Request for Summary Judgment.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO *PETITIONER'S REQUEST FOR SUMMARY JUDGMENT***

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Petitioner has "request[ed]" "summary judgment" in the above captioned 28 U.S.C. § 2254 matter, apparently upon his further request that his habeas corpus action be "construe[d] *** as a 42 [U.S.C.] § 1983 complaint" (*Petitioner's Request for Summary Judgment* at 1). Petitioner, however, has not filed any such Section 1983 Complaint, and, given the relief Toro seeks, it does not seem that any such complaint would have been appropriate (*see* Preiser v. Rodriguez, 411 U.S. 475, 488-90 (1973)(holding that a prisoner cannot use a Section 1983 action to challenge the fact or duration of his confinement)).

In any event, the State, in the above-captioned matter, has moved to dismiss, and, at least pending this Honorable Court's action on such dismissal motion, there would not seem to be any appropriate procedural vehicle in which to instantly file a "request for summary judgment". Finally, because, for the reasons stated in the Respondent's/State of Rhode Island's *Motion to Dismiss* Petitioner's 28 U.S.C. § 2254 action, Petitioner has failed to exhaust his state remedies, and there is no merit to the substance of his 28

PDF created with pdfFactory trial version www.pdffactory.com

U.S.C. § 2254 claims, this Court should deny "Petitioner's Request for Summary Judgment".

Wherefore, the Respondent/State of Rhode Island would ask that "Petitioner's Request for Summary Judgment" be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com