**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S OBJECTION TO *PETITIONER'S MOTION FOR BAIL/RECOGNIZANCE***

Now comes the Respondent/State of Rhode Island in the above-captioned matter and, for the reasons expressed in the accompanying memorandum, objects to *Petitioner's Motion For Bail/Recognizance.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO *PETITIONER'S MOTION FOR BAIL/RECOGNIZANCE***

Petitioner has moved, in this 28 U.S.C. § 2254 case, for "Bail/Recognizance" (*Motion for Bail/Recognizance*), on the apparent ground that the substantive issue he raises in his 28 U.S.C. § 2254 is meritorious, likely to result in his ultimate release (*id.*). For the reasons expressed in the Respondent's/State of Rhode Island's *Motion to Dismiss* Petitioner's 28 U.S.C. § 2254 action, however, there would appear not to be any substance to Petitioner's habeas corpus claim, and such claim, in any event, has not been exhausted in the Rhode Island Courts. "Bail/Recognizance", then, is plainly unwarranted. Moreover, given the criminal history of Petitioner (***see e.g.*** Toro v. Wall, 926 A.2d 1019 (R.I. 2007)(recounting portions of Mr. Toro's criminal history)), the public safety might be jeopardized by any grant of "Bail/Recognizance".

Wherefore, the Respondent/State of Rhode Island would ask that Petitioner's *Motion for Bail/Recognizance* be denied.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com