**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S *MOTION TO APPOINT COUNSEL***

Now comes the Respondent/State of Rhode Island in the above-captioned matter and, for the reasons expressed in the accompanying memorandum, objects to Petitioner's *Motion To Appoint Counsel.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Edson Toro,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-118S** |
| | : | |
| **Ashbell T. Wall, Director** | : | |
| **Of RI Department of Correction** | : | |
| **Respondent** | : | |

**RESPONDENT'S/STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S *MOTION TO APPOINT COUNSEL***

Petitioner has moved for the appointment of counsel in the above-captioned matter, because, in addition to Petitioner being "without the necessary funds to obtain counsel", the "legal issues involved" are "complex[]" and "beyond his expertise". (*Motion to Appoint Counsel* at 1.) While, pursuant to 18 U.S.C. § 3006A(a)(2), authorization does exist for the appointment of counsel in section 2241, 2254, and 2255 cases, upon a determination "that the interests of justice so require…" (18 U.S.C. § 3006A(a)(2)), such counsel appointments are anticipated to be rare. *See* United States v. Gonzalez-Vasquez, 219 F.3d 37, 42 (1st Cir. 2000)("this seems to be one of the 'rare section 2255 cases in which the appointment of counsel [would be] warranted'")(*quoting* United States v. Mala, 7 F.3d 1058, 1064 (1st Cir. 1993)(alteration in original). Because the issues involved in the above captioned 28 U.S.C. § 2254 action – whether Petitioner has first exhausted his state remedies, and whether there is any substance to Petitioner's claim that the Rhode Island Parole Board may only issue release permits unconditionally or not at all – hardly appear to be complex ones, let alone so difficult as to qualify as that

PDF created with pdfFactory trial version www.pdffactory.com

"rare" case in which the appointment of counsel in a Section 2254 case is appropriate, there is no proper basis for the appointment of counsel in this matter.

Wherefore, the Respondent/State of Rhode Island would ask that Petitioner's *Motion To Appoint Counsel* be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**Aaron L. Weisman, # 4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on August 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date:

Edson Toro, Pro Se
Post Office Box 8274
Cranston, R.I. 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com