UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Edson Toro
          Plaintiff

v.                                        C.A. No. 08-118S

Ashbel T. Wall
          Defendant


## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 9, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Motion to Dismiss is GRANTED. This matter is hereby dismissed with prejudice.

By Order,

_Wendy Geile_
Deputy Clerk

ENTER:

_William E. Smith_
William E. Smith
United States District Judge
Date: 9/23/08